# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Lynda Calderon, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>The Procter & Gamble Company,<br><br>*Defendant*. | Case No. 1:22-cv-03326<br><br>Hon. Mary Rowland |

## JOINT MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL BRIEFING

On March 16, 2023, Plaintiff Lynda Calderon filed a Notice of Supplemental Authority. *See* ECF No. 38. The parties have conferred and believe that limited supplemental briefing on the order attached to the Notice of Supplemental Authority, not to exceed 3 double-spaced pages from each party, will assist the Court in resolving P&G's pending motion to dismiss. ECF No. 27. The parties further request that the deadline for limited supplemental briefing be April 6, 2023, in order to accommodate the schedule of Plaintiff's counsel. Accordingly, the parties respectfully request that the Court permit the parties to submit supplemental briefing in accordance with the proposed order attached to this motion.

Date: March 21, 2023

Respectfully submitted,

By: */s/ Jonas Jacobson (with permission)*
Jonas Jacobson

DOVEL & LUNER, LLP
Jonas Jacobson (Cal. Bar No. 269912)*
Simon Franzini (Cal. Bar No. 287631)*
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066

        jonas@dovel.com
        simon@dovel.com

        *Generally admitted

        *Counsel for Plaintiff*

By:    */s/ Henry Liu*
        Henry Liu

        Henry Liu (*pro hac vice*)
        Dillon Grimm (*pro hac vice*)
        COVINGTON & BURLING LLP
        850 Tenth Street, NW
        Washington, DC 20001
        Direct: (202) 662-5536 (H. Liu)
        hliu@cov.com
        dgrimm@cov.com

        P. Russell Perdew
        Alyssa M. Gregory
        LOCKE LORD LLP
        111 S. Wacker Drive
        Chicago, IL 60606
        Direct: (312) 443-1712 (P. Perdew)
        Fax: (312) 896-6712 (P. Perdew)
        rperdew@lockelord.com
        alyssa.gregory@lockelord.com

        *Counsel for Defendant The Procter & Gamble Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Lynda Calderon, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>The Procter & Gamble Company,<br><br>*Defendant*. | Case No. 1:22-cv-03326<br><br>Hon. Mary Rowland |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE
TO SUBMIT SUPPLEMENTAL BRIEFING**

Upon consideration of the parties' motion for leave to submit supplemental briefing, it is this ___ day of _____, 2023, by the United States District Court for the Northern District of Illinois, **ORDERED** that:

1. P&G and Plaintiff shall each file a memorandum, not to exceed 3 double-spaced pages, by 5:00 pm CT on April 6, 2023.

_____
Hon. Mary M. Rowland
United States District Judge