# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYNDA CALDERON and JENNIFER YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Civil No. 1:22-cv-03326<br>District Judge: Mary M. Rowland<br>Magistrate Judge: Heather K. McShain |

## JOINT STATUS REPORT, NOTICE OF SETTLEMENT, AND MOTION FOR 60-DAY STAY

Judge Rowland and Judge McShain ordered joint status reports due on February 1 (Dkt. 66) and February 9 (Dkt. 68). The parties report that they have reached an agreement in principle to resolve this entire action. Currently, pre–class certification fact discovery is due to be complete on February 16, 2024, and Plaintiffs' motion for class certification is due on April 26, 2024. Dkt. 56. The parties jointly request that all case deadlines be stayed for 60 days, to allow the parties to finalize the settlement and file dismissal papers. If final dismissal papers are not filed before the expiration of the stay, the parties will provide another joint status report upon the expiration of the stay.

Dated: February 1, 2024

Respectfully submitted,

By: /s/ *P. Russell Perdew*
P. Russell Perdew

Andrew Soukup
Dillon Grimm (*pro hac vice*)
Stephen Rees

COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Direct: (202) 662-5066 (A. Soukup)
asoukup@cov.com
dgrimm@cov.com
srees@cov.com

P. Russell Perdew
Alyssa M. Gregory
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, IL 60606
Direct: (312) 443-1712 (P. Perdew)
Fax: (312) 896-6712 (P. Perdew)
rperdew@lockelord.com
alyssa.gregory@lockelord.com

*Attorneys for Defendant The Procter & Gamble Company*

By: /s/ *Jonas Jacobson*
Jonas Jacobson

DOVEL & LUNER, LLP
Jonas Jacobson (Cal. Bar No. 269912)*
Simon Franzini (Cal. Bar No. 287631)*
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066
jonas@dovel.com
simon@dovel.com

*Generally admitted

*Counsel for Plaintiffs*