UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYNDA CALDERON and JENNIFER YOUNG, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>          Defendant. | Case No. 1:22-cv-03326<br><br>Hon. Mary Rowland |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

All parties to this action stipulate to voluntarily dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The claims of putative class members are dismissed without prejudice. Each side shall bear their own fees and costs (except as otherwise agreed by the parties).


Date: March 1, 2024

Respectfully submitted,

By: */s/ Jonas Jacobson*
Jonas Jacobson

DOVEL & LUNER, LLP
Jonas Jacobson (Cal. Bar No. 269912)*
Simon Franzini (Cal. Bar No. 287631)*
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
(310) 656-7066
jonas@dovel.com
simon@dovel.com

*Generally admitted
*Counsel for Plaintiffs*

By: /s/ *P. Russell Perdew*
P. Russell Perdew

Andrew Soukup
Dillon Grimm (pro hac vice)
Stephen Rees
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Direct: (202) 662-5066 (A. Soukup)
asoukup@cov.com
dgrimm@cov.com
srees@cov.com

P. Russell Perdew
Alyssa M. Gregory
LOCKE LORD LLP
111 S. Wacker Drive
Chicago, IL 60606
Direct: (312) 443-1712 (P. Perdew)
Fax: (312) 896-6712 (P. Perdew)
rperdew@lockelord.com
alyssa.gregory@lockelord.com

*Attorneys for Defendant The Procter & Gamble Company*