## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lynda Calderon, et al.

                Plaintiff,

v.                                       Case No.: 1:22−cv−03326
                                                           Honorable Mary M. Rowland

Procter & Gamble Company, The

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 4, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the joint stipulation of dismissal [73]. The individual claims are dismissed with prejudice. The claims of putative class members are dismissed without prejudice. Each side shall bear their own fees and costs (except as otherwise agreed by the parties). Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.